IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TERRY SMITH, et al., )
)
    Plaintiffs, )
)
and ) No. 05-1280-T
)
LINRICO PATTON, et al., )
)
    Plaintiffs, )
)
VS. )
)
THE GOODYEAR TIRE & RUBBER )
COMPANY, )
)
    Defendant. )

## ORDER OF TRANSFER

This action is hereby transferred to the Honorable J. Daniel Breen, United States District Judge, for further proceedings. The case will remain an Eastern Division case.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

6 December 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/12/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01280 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Marshall Alexander
,

Timothy B. Fleming
Wiggins, Childs, Quinn, & Pantazis, PLLC
7 Dupont Circle, Suite 200
Washington, DC 20036

Honorable J. Breen
US DISTRICT COURT