IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TERRY SMITH, et al.,

    Plaintiffs,

vs.                                      No. 05-1280-B/An

LINRICO PATTON, et al.,

    Defendants.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Mr. Timothy B. Fleming has moved to appear pro hac vice for the plaintiffs in this action. Mr. Fleming is licensed to practice law in the District of Columbia and is a member in good standing of the United States District Courts for the District of Columbia, District of Maryland and the Central District of Illinois, and of the Court of Appeals for the District of Columbia and the Supreme Court of the United States. For good cause shown, that motion is granted. It is hereby ordered that Timothy B. Fleming be admitted pro hac vice and may actively participate in this action before this court.

    IT IS SO ORDERED.

                                                J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE

                                               12/20/05
                                               DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-21-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01280 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Timothy B. Fleming
Wiggins, Childs, Quinn, & Pantazis, PLLC
7 Dupont Circle, Suite 200
Washington, DC 20036

Honorable J. Breen
US DISTRICT COURT